

EXHIBIT A

## (12) United States Design Patent
### Zheng

(10) Patent No.: **US D979,929 S**
(45) Date of Patent: ⁑⁑ **Mar. 7, 2023**

(54) **POP KEYCHAIN**

(71) Applicant: **Qin Zheng**, Wenzhou (CN)

(72) Inventor: **Qin Zheng**, Wenzhou (CN)

(73) Assignee: **Qin Zheng**, Wenzhou (CN)

(⁑⁑) Term: **15 Years**

(21) Appl. No.: **29/842,812**

(22) Filed: **Jun. 16, 2022**

(51) LOC (14) Cl. ............................................. 03-01
(52) U.S. Cl.
USPC ........................................................ D3/207
CPC .................................. **A44B 15/00** (2013.01)
(58) Field of Classification Search
USPC .......... D3/201, 207, 208, 209, 210, 211, 212
CPC ....... B63B 21/20; B63B 22/22; A44B 15/005; A45F 5/021; A45F 2200/0558
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 3,503,235 | A | * | 3/1970 | Field ..................... | A44B 15/002 70/456 R |
| 3,589,155 | A | * | 6/1971 | Kamp .................... | A44B 15/00 70/459 |
| 3,599,457 | A | * | 8/1971 | Kamp .................... | A44B 15/00 70/459 |
| 3,913,362 | A | * | 10/1975 | Goessling .............. | A44B 15/00 70/459 |
| D247,995 | S | * | 5/1978 | Lage ............................... | D3/211 |
| 5,501,089 | A | * | 3/1996 | Song ...................... | A44B 15/00 70/459 |
| 6,244,430 | B1 | * | 6/2001 | Travis ................... | A45C 11/005 206/5.1 |
| D506,605 | S | * | 6/2005 | Turner ........................... | D3/207 |
| D507,867 | S | * | 8/2005 | Turner ........................... | D3/207 |
| 7,463,134 | B1 | * | 12/2008 | Stilley ................... | A45C 11/18 340/5.61 |
| D666,807 | S | * | 9/2012 | Telge ............................. | D3/209 |
| D794,322 | S | * | 8/2017 | Wasankari ..................... | D3/211 |
| D862,067 | S | * | 10/2019 | Feng .............................. | D3/207 |
| D892,493 | S | * | 8/2020 | Carson ........................... | D3/207 |
| D908,354 | S | * | 1/2021 | Kim ............................... | D3/264 |
| D908,355 | S | * | 1/2021 | Kim ............................... | D3/264 |
| D913,692 | S | * | 3/2021 | Kim ............................... | D3/264 |
| D924,722 | S | * | 7/2021 | Deng .......................... | D21/468 |
| D926,075 | S | * | 7/2021 | Deng .......................... | D21/468 |
| D933,515 | S | * | 10/2021 | Wu ............................... | D11/79 |
| D934,109 | S | * | 10/2021 | May .............................. | D11/79 |
| D934,817 | S | * | 11/2021 | Svärd .......................... | D13/168 |
| D943,270 | S | * | 2/2022 | Carson ........................... | D3/207 |
| D947,061 | S | * | 3/2022 | Deng .......................... | D21/468 |
| D962,632 | S | * | 9/2022 | Liu .......................... | D10/104.1 |
| D964,193 | S | * | 9/2022 | Deng ............................ | D10/74 |
| 2003/0033738 | A1 | * | 2/2003 | Lii ....................... | A44B 15/005 40/364 |
| 2003/0155997 | A1 | * | 8/2003 | Thibideau ................ | B25B 9/00 335/207 |

(Continued)

*Primary Examiner* — Richard E Chilcot
(74) *Attorney, Agent, or Firm* — Nitin Kaushik

(57) **CLAIM**

The ornamental design for a pop keychain, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of a pop keychain, showing my new design;
FIG. **2** is a front view thereof;
FIG. **3** is a rear view thereof;
FIG. **4** is a right side view thereof;
FIG. **5** is a left side view thereof;
FIG. **6** is a top view thereof; and,
FIG. **7** is a bottom view thereof.
The broken lines in the drawings illustrate the portions of the pop keychain, which form no part of the claimed design.

**1 Claim, 7 Drawing Sheets**



US D979,929 S

Page 2

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2007/0151315 A1* | 7/2007 | Vincent | A44B 15/005 70/456 R |
| 2008/0261188 A1* | 10/2008 | Tobin | A47G 33/00 434/246 |
| 2014/0173858 A1* | 6/2014 | Wu | A44B 11/25 24/586.11 |
| 2016/0374437 A1* | 12/2016 | King | B63B 21/20 441/9 |
| 2017/0227202 A1* | 8/2017 | Ma | F21V 33/0004 |
| 2020/0329854 A1* | 10/2020 | Chartrand | A44B 15/005 |

\* cited by examiner



**FIG. 1**



**FIG. 2**



**FIG. 3**



**FIG. 4**



**FIG. 5**



**FIG. 6**



FIG. 7