# DECLARATION OF ROBERT DEWITTY
# IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER (TRO)
# FOR U.S. DESIGN PATENT U.S. D979, 929 S

I, ROBERT M. DEWITTY, attorney for Plaintiff, declare as follows:

The following is true to my knowledge, except for matters alleged upon information and belief, and as to those matters, I also believe them to be true.

1. Defendant's Internet Stores, as of the filing of this TRO, are still selling infringing and knock-off Square Fidget Pop Keychain products.

2. In my professional view, as a former patent examiner and registered patent attorney who has prosecuted design patent applications, I believe the design under U.S. D979, 929 S (**929) is applicable to the designs of Square Fidget Pop Keychain.

3. In my analysis of Infringing, Square Fidget Pop Keychain Products, I have identified 22 different ASINs, all operating Defendant Internet Stores, who sell the same knock-off product that happens to infringe the claimed design of the **929 patent.

4. Infringing Square Fidget Pop Keychain Products were marketed and sold to residents of the Northern District of Illinois.

5. On information and belief, Defendant moves funds from its Internet Store Accounts to accounts overseas.

6. Through significant efforts, we have been unable to locate the true identity of Defendant.

7. I have reviewed the file wrapper for the **929 patent, and in my opinion, as a patent attorney and former patent examiner, the design was subjected to an extensive amount of prior art comparison.

8. It is my experience, in other similar cases, that Defendants do not provide accurate addresses of their businesses.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true, and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment.

DATED: June 2, 2025

Robert M. DeWitty.